**Opinion issued September 27, 2012**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-10-00969-CV**

———————————

**GREENSPOINT PLAZA LIMITED PARTNERSHIP, Appellant**

**V.**

**EXXON MOBIL CORPORATION, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007–32424**

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal. They represent

that they have reached an agreement to settle this matter and request that we set aside

all jury findings and declarations and the trial court's judgment without regard to the merits and either render judgment or remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside all jury findings and declarations and the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

We dismiss any other pending motions as moot. In accordance with the parties' agreement, costs are taxed against the party bearing them. The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1. **PER CURIAM**

Panel consists of Justices Keyes, Bland, and Huddle.